# Court of Appeals
# of the State of Georgia

ATLANTA,  June 19, 2017

*The Court of Appeals hereby passes the following order:*

**A17A1504.  HOWARD ANDERSON LEE v. RICHARD T. ALEXANDER.**

Inmate Howard Anderson Lee appealed directly to this Court from a superior court order dismissing his civil case against Richard T. Alexander, who Lee alleged had failed to perform certain duties as Clerk of Gwinnett County Courts.  Because Lee is a prisoner, his appeal is controlled by the Prison Litigation Reform Act of 1996, OCGA § 42-12-1 et seq.  Under OCGA § 42-12-8, an appeal of a civil action filed by a prisoner "shall be as provided in Code Section 5-6-35."  And under OCGA § 5-6-35, the party wishing to appeal must file an application for discretionary appeal to the appropriate appellate court.  Because a prisoner has no right of direct appeal in civil cases, we lack jurisdiction to consider this direct appeal from the superior court's order.  See *Jones v. Townsend*, 267 Ga. 489, 490 (480 SE2d 24) (1997).  This appeal is therefore DISMISSED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,  06/19/2017
I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , Clerk.